# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | Case Number:   1:22-CR-000197-VMC-1 |
| ENVISTACOM, LLC | <u>Gary Scott Hulsey</u><br>Defendant's Attorney |

**THE DEFENDANT:**

The defendant entered an Alford plea to counts 1-3.

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 18 U.S.C. § 371 | CONSPIRACY TO DEFRAUD THE UNITED STATES | November 2016 | 1 |
| 18 U.S.C. § 1031 | MAJOR FRAUD AGAINST U.S. | November 2016 | 2-3 |

The defendant is sentenced as provided in pages 1 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

1/16/2024
Date of Imposition of Judgment

Signature of Judge

VICTORIA M. CALVERT, U.S. DISTRICT JUDGE
Name and Title of Judge

1/16/2024
Date

DEFENDANT: ENVISTACOM LLC  
CASE NUMBER: 1:22-CR-000197-VMC-1　　　　　　　　　　　　　　　　　Judgment -- Page **2** of **3**

Judgment in a Criminal Case  
Sheet 2 -- Probation

## PROBATION

You are hereby sentenced to probation for a term of: **12 MONTHS**. You must comply with the mandatory and special conditions below.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must pay the special assessment imposed in accordance with 18 U.S.C. § 3013 immediately. If not paid in full, payment will become a condition of probation.

## SPECIAL CONDITION

1. You must fully participate in and comply with the bankruptcy proceedings pending in the U.S. Bankruptcy Court for the Northern District of Georgia.

**U.S. Probation Office Use Only**

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see Overview of Probation and Supervised Release Conditions, available at: www.uscourts.gov

I understand that a violation of any of these conditions of supervised release may result in modification, extension, or revocation of my term of supervision.

Defendant's Signature _____　　Date _____

USPO's Signature _____　　Date _____

DEFENDANT:  ENVISTACOM LLC
CASE NUMBER:  1:22-CR-000197-VMC-1                                Judgment -- Page **3** of **3**

Sheet 3 -- Criminal Monetary Penalties

# CRIMINAL MONETARY PENALTIES

The defendant must pay the following criminal monetary penalty:

    <u>Special Assessment</u>

TOTAL    $1,200.00

The Court finds that the defendant does not have the ability to pay a fine and therefore waives the fine.